AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JOEL THOMAS ALEXANDER COOK,

    Plaintiff,

v.

CAPTAIN ERIC WATSON, et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV223-007

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, pursuant to the Order of this Court dated February 2, 2023 granting Plaintiff's Notice of Voluntary Dismissal, Plaintiff's case is dismissed without prejudice. This case stands closed.

Approved by: _____
HON. BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

2/3/2023
Date

John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020